In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-533 CR


NO. 09-06-534 CR


____________________



EX PARTE EDWARD HOLLAND






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 83949-A and 88140-A






 MEMORANDUM OPINION 


 On December 21, 2006, we informed the parties that our jurisdiction was not apparent
from the notices of appeal, and notified them that the appeals would be dismissed for want
of jurisdiction unless we received a response showing grounds for continuing the appeals. 
Responses demonstrating our jurisdiction have not been filed.

 The notices of appeal seek to appeal the Court of Criminal Appeals' dismissal of
appellant's applications for writs of habeas corpus. Orders of the Court of Criminal Appeals
are not appealable to this Court.

 Accordingly, we hold the orders from which the appellant appeals are not appealable. 
The appeals are dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 ____________________________

 CHARLES KREGER

 Justice



Opinion Delivered January 17, 2007 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.